**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ROBERT HAYDEN,** | : | **CIVIL NO. 3: 18-CV-01164 (RNC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF NEW HAVEN, ET AL** | : | |
| Defendants. | : | **DECEMBER 20, 2018** |

## PARTIES' JOINT STATUS REPORT

The parties file this joint statement regarding the status of the case, showing as follows:

1. On December 4, 2018 the parties met for a mediation session before Magistrate Donna Martinez. Mediation was unsuccessful.

2. The parties have each submitted documents pursuant to the Court's initial discovery protocols in employment cases.

3. Plaintiff has served Defendant City of New Haven with a first set of interrogatories and requests for production of documents on December 18, 2018.

4. Defendant anticipates serving Plaintiff with initial discovery requests on December 20, 2018.

5. Pending before the Court is a Motion to Dismiss filed by Defendants on November 8, 2018. Plaintiff filed an opposition to the motion to dismiss on December 6, 2018. The parties would like an opportunity to present oral arguments to the Court regarding the motion to dismiss and opposition thereto.

Plaintiff

By /s/ _Josephine Miller_____          Date: December 20, 2018

Defendant Campbell and City of New Haven

By: /s/ __Christopher Neary_____          Date: December 20, 2018

Defendant Burgh

By: /s/ _Roderick Ryan Williams____          Date: December 20, 2018


THE DEFENDANTS,                           DEFENDANT,
The City of New Haven and                 Sergeant Burgh
Chief Anthony Campbell

By: /s/ Christopher M. Neary              By: /s/ Roderick Ryan Williams
Christopher M. Neary (CT28738)            Roderick R. Williams
Littler Mendelson, P.C.                   Office Of Corporation Counsel
265 Church Street, Suite 300              City Of New Haven
New Haven, CT  06510                      165 Church St.
                                          New Haven, CT 06510


                         THE PLAINTIFF

By:  */s/ Josephine S. Miller*
Josephine S. Miller, Fed Bar # ct27039
152 Deer Hill Avenue, Suite 302
Danbury, CT  06810
Tel:  (203) 512-2795
Fax: (203) 702-5188
Email:  jmillerlaw@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2018, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Josephine Miller*
Josephine Miller